

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

No. 02-21-00321-CV

| | | |
|---|---|---|
| IN THE ESTATE OF DOLORES ELIZABETH DOUGLAS, DECEASED; DEREK DOUGLAS AND CHARLES DOUGLAS, JR., BOTH INDIVIDUALLY AND CHARLES DOUGLAS JR., DEPENDENT ADMINISTRATOR OF THE ESTATE OF DOLORES ELIZABETH DOUGLAS, DECEASED, Appellants | § § | On Appeal from Probate Court No. 1 of Tarrant County (2019-PR00577-1-A) |
| V. | § | September 22, 2022 |
| THE CASTILLIAN CONDOMINIUMS, INC. AND RONALD W. HARRIS, Appellees | § | Memorandum Opinion by Justice Kerr |

## JUDGMENT

This court has considered the record on appeal in this case and holds that there was no error in the trial court's judgment. It is ordered that the trial court's judgment is affirmed.

It is further ordered that Appellants In the Estate of Dolores Elizabeth Douglas, Deceased; Derek Douglas and Charles Douglas, Jr., both individually and Charles Douglas Jr., Dependent Administrator of the Estate of Dolores Elizabeth Douglas, Deceased must pay all costs of this appeal.

SECOND DISTRICT COURT OF APPEALS

By _/s/ Elizabeth Kerr_____
    Justice Elizabeth Kerr